UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO ANTONIO PALIN-ROSARIO,

Petitioner,

-v-

MARKWAYNE MULLIN *et al.*,

Respondents.

26 Civ. 3608 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court, having examined the petition in this action, Dkt. 1, which petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

By May 8, 2026, the U.S. Attorney's Office shall file a response as to why the petition for a writ of habeas corpus should not be granted.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 1, 2026
     New York, New York