**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 8, 2026

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Palin-Rosario v. Mullin,* No. 26 Civ. 3608 (PAE)

Dear Judge Engelmayer:

This Office represents the government in the above-referenced habeas corpus action, in which the petitioner challenges his detention by his next friend. On May 7, 2026, I requested an extension of time to respond to the petition. ECF No. 6.

Regretfully, I then inadvertently filed a Return and Declaration in this case that I had intended to file in another case. ECF Nos. 7, 8. I apologize to the court, and respectfully move to strike those submissions at ECF Nos. 7, 8.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: *s/ Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov

cc: Next Friend (by ECF)
Petitioner (by mail)

GRANTED.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: May 8, 2026
New York, New York