**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
FRANCISCO ANTONIO PALIN-ROSARIO,

                       Petitioner,                26 **CIVIL** 3608 (PAE)

     -against-                              **JUDGMENT**

MARK.WAYNE MULLIN et al.,

                       Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated May 20, 2026, finding all claims baseless, the Court has dismissed Palin-Rosario's petition for a writ of habeas corpus; accordingly, the case is closed.

**DATED:**  New York, New York
           May 21, 2026

                                    **TAMMI M. HELLWIG**
                                  _____
                                     **Clerk of Court**

                 **BY:**            K. mango

                                  _____
                                   **Deputy Clerk**